UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARK ALAN LANE, | ) | No. CV 14-1324-GW (PLA) |
| Petitioner, | ) ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) ) | |
| RANDY TEWS, Warden, | ) ) | |
| Respondent. | ) ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, the magistrate judge's report and recommendation, and petitioner's objections to the report and recommendation. The Court has engaged in a <u>de novo</u> review of those portions of the report and recommendation to which objections have been made. The Court accepts the recommendations of the magistrate judge with the following modifications noted below.

/
/
/
/
/
/
/

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted, with the following corrections: on page 6, line 20, the citation should read "(Answer, Cortez Decl. ¶ 8)"; and on page 6, line 23, a "." should be added to the end of the sentence so that it reads "... to meet this standard."

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: February 5, 2015

                                            HONORABLE GEORGE H. WU
                                            UNITED STATES DISTRICT JUDGE