# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MARK ALAN LANE, | ) | No. CV 14-1324-GW (PLA) |
|       Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RANDY TEWS, Warden, | ) | |
|       Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: February 5, 2015

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE