UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MARK ALAN LANE,<br><br>        Petitioner,<br><br>    v.<br><br>RANDY TEWS, Warden,<br><br>        Respondent. | No. CV 14-1324-GW (PLA)<br><br>**JUDGMENT** |

Pursuant to the order accepting the magistrate judge's second report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 14, 2017

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE